UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**CRIMINAL ACTION NO. 03-74-JBC**

**UNITED STATES OF AMERICA,**                                       **PLAINTIFF,**

**V.**                     **O R D E R**

**RENATO ACOSTA, ET AL.,**                                       **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the court on the petitioner's *pro se* motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (DE 199) and motion for summary judgment (DE 207). The court referred this matter to the Honorable Gregory Wehrman, Magistrate Judge for the United States District Court for the Eastern District of Kentucky, who issued the Proposed Findings of Fact and Recommendation (DE 213).

The petitioner has filed a motion to reconsider, which the court construes as an objection to the Magistrate Judge's report. When the parties to an action submit objections to the Magistrate Judge's report, the district court reviews the record *de novo*. 28 U.S.C. § 636 (b)(1)(C). The petitioner objects to the Magistrate Judge's report on the grounds that: (1) Magistrate Judges lack authority to issue final decisions in section 2255 proceedings; and (2) a certificate of appealability should be granted as to the substantive issues raised in his motion.

The court need not address the petitioner's first objection, because the Magistrate Judge's report and recommendation is not a final order. As to the petitioner's second objection, the court concurs with the Magistrate Judge's reasoning and conclusion on the substantive arguments and finds that the petitioner has not made

a substantial showing of the denial of a constitutional right as required to receive a certificate of appealability. 28 U.S.C. § 2253(c)(2). Accordingly,

**IT IS ORDERED** the Magistrate Judge's report and recommendation (DE 213) is **ADOPTED** as the opinion of this court, and the petitioner's motion to vacate (DE 199) and motion for summary judgment (DE 207) are **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** and **STRICKEN** from the court's active docket.

Signed on March 29, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY